1018

Maurice H. Winger and Frank P. Barker, both of Kansas City, Mo., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellant, in accordance with stipulation of settlement.

Nathaniel M. HUBBARD, Jr., Executor, etc., et al., Appellants, v. UNITED STATES of America, et al.

Circuit Court of Appeals, Eighth Circuit.
June 10, 1929.

No. 8593.

George F. Henry and Phineas M. Henry, both of Des Moines, Iowa, for appellants.
Ray C. Fountain, Asst. U. S. Atty., of Des Moines, Iowa, for appellees.

PER CURIAM. Appeal dismissed without costs to either party in this court, on motion of appellants.

Nathaniel M. HUBBARD, Jr., Executor, etc., et al., Appellants, v. UNITED STATES et al.

Circuit Court of Appeals, Eighth Circuit.
June 10, 1929.

No. 8592.

George F. Henry and Phineas M. Henry, both of Des Moines, Iowa, for appellants.
Ray C. Fountain, Asst. U. S. Atty., of Des Moines, Iowa, for appellees.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellants.

Arthur F. KNIGHT, Benjamin B. Hull, and the Horton Manufacturing Co., Plaintiffs-Appellants, v. UNION HARDWARE COMPANY, Defendant-Appellee.

Circuit Court of Appeals, Second Circuit.
October 21, 1929.

No. 22.

Melville Church and C. B. Des Jardins, both of Washington, D. C., and William J. Malone, of Bristol, Conn., for appellants.
Robert S. Allyn, of New York City (Hyland R. Johns, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree [27 F.(2d) 946] affirmed.

MARYLAND CASUALTY COMPANY, Appellant, v. Ignacio SANABRIA, Jr., Appellee.

Circuit Court of Appeals, Fifth Circuit.
November 23, 1929.

No. 5710.

Dick O. Terrell, of San Antonio, Tex. (Dick O. Terrell and Terrell, Davis, McMillan & Hall, all of San Antonio, Tex., on the brief), for appellant.
G. Woodson Morris, of San Antonio, Tex., for appellee.

Before WALKER and BRYAN, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM. The judgment is affirmed.

In the Matter of MERCHANTS' & MANUFACTURERS' EXCHANGE OF NEW YORK, Bankrupt; Robert C. Morris, as Trustee, etc., Appellant.

In the Matter of Robert M. CATTS, Bankrupt; Louis Weiss, as Trustee, etc., Appellant.

Circuit Court of Appeals, Second Circuit.
October 18, 1929.

No. 148.

Oppenheimer, Kaufman, Haiblum & Kupfer, of New York City (Edwin L. Garvin, Samuel H. Kaufman, and George G. Ernst, all of New York City, of counsel), for appellant Morris.
Ernst & Gale, of New York City (Edwin L. Garvin, Samuel H. Kaufman, and George G. Ernst, all of New York City, of counsel), for appellant Weiss.
Samuel J. Rosensohn, of New York City, for appellee.